Case 2:11-cv-04510-SVW -AJW   Document 16-1   Filed 12/05/11   Page 1 of 2   Page ID #:106

CRAIG G. STAUB, Bar No. 172857
E-mail: cstaub@littler.com
ELIZABETH NGUYEN, Bar No. 238571
E-mail: engyuen@littler.com
LITTLER MENDELSON
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
HARTFORD FIRE INSURANCE COMPANY

T.L. FOX & ASSOCIATES
Thomas L. Fox, Cal. SB# 111046
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel.: (818) 995-4074
Fax: (818) 995-1213
Attorneys for Plaintiff Wendy Lucas

FILED
CLERK U.S. DISTRICT COURT
DEC - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY LUCAS, | Case No. CV 11-04510 SVW (AJWx) |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE STEPHEN V. WILSON |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation doing business in California as "THE HARTFORD"; and DOES 1 through 100, inclusive, | TRIAL DATE: 11/15/11 |
| Defendants. | |

1 **ORDER**

2  IT IS SO ORDERED THAT THE ABOVE-CAPTIONED MATTER IS
3 DISMISSED WITH PREJUDICE.

4

5

6

7 Dated: __12/7_____, 2011    HON. STEPHEN V. WILSON
8                                                         UNITED STATES DISTRICT COURT
                                                          JUDGE

26 Firmwide:105456358.1 016869.2060

2.